IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Vazquez, Naomi A

Printed: 02/24/09

Case Number:  07 B 19018
Judge:  Hollis, Pamela S
Filed:  10/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 12, 2009
Confirmed:  January 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 28,652.00 |  |
| Secured: |  | 24,411.02 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 1,740.98 |
| Other Funds: |  | 0.00 |
| Totals: | 28,652.00 | 28,652.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Gleason & Gleason | Administrative | 2,500.00 | 2,500.00 |
| 2. | Park National Bank | Secured | 0.00 | 0.00 |
| 3. | Park National Bank | Secured | 0.00 | 0.00 |
| 4. | Barnes Auto Finance | Secured | 0.00 | 0.00 |
| 5. | Park National Bank | Secured | 27,270.00 | 21,181.47 |
| 6. | Park National Bank | Secured | 32,861.06 | 3,229.55 |
| 7. | Barnes Auto Finance | Unsecured | 1,555.00 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 130.20 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 2,765.37 | 0.00 |
| 10. | Orange Lake Country Club | Secured |  | No Claim Filed |
| 11. | Orange Lake Country Club | Unsecured |  | No Claim Filed |
| 12. | Conserve F S | Unsecured |  | No Claim Filed |
| 13. | Countrywide Home Loans Inc. | Unsecured |  | No Claim Filed |
| 14. | Chase Bank | Unsecured |  | No Claim Filed |
| 15. | Credit Collection | Unsecured |  | No Claim Filed |
| 16. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 17. | SKO Brenner American | Unsecured |  | No Claim Filed |
|  |  |  | $ 67,081.63 | $ 26,911.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 610.20 |
| 6.5% | 939.25 |
| 6.6% | 191.53 |
|  | $ 1,740.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Vazquez, Naomi A | Case Number: 07 B 19018 |
| | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | Filed: 10/15/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*